But
the Court
(ThRuston, J., absent,)
overruled the objection.
See 1 Chitty on Pleading, 340; Gordon v. Martin, Fitzgibbon, 302; Alcorn v. Westbrook, 1 Wilson, 117; Bul. N. P. 139; Giles v. Edwards, 7 T. R. 181; Mussen v. Price, 4 East, 147; Atty v. Parish, 1 New Rep. 104; Cooke v. Munstone, 1 New Rep. 351; Clarke v. Gray, 6 East, 569; Brooke v. White, 1 New Rep. 331; Bank of Columbia v. Patterson, February Term, 1813, Supreme Court of the United States, 7 Cranch, 299.